# Notice Recipients

District/Off: 0971–4     User: admin     Date Created: 8/6/2024
Case: 24–04034     Form ID: ODSCY     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Rea Stelmach     rstelmach@silvermanlegal.com

TOTAL: 1