# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 8/6/2024 |
| Case: 24–04034 | Form ID: NTCPLA | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Rea Stelmach     rstelmach@silvermanlegal.com

TOTAL: 1